JOHN A. COLLINS, Respondent, *v.* GEORGE K. COLLINS et al., Impleaded, etc., Appellants.

(Argued March 1, 1892; decided March 15, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 3, 1891, which affirmed as amended a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and affirmed an order denying a motion for a new trial.

*William G. Tracy* for appellants.

*T. E. Hancock* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.